**UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF VIRGINIA**
                            **Norfolk Division**

**UNITED STATES OF AMERICA**

**v.**                                                                                           **2:07CR237**

**ROBERT L. SMITH, JR.,**

            **Defendant.**

## REPORT AND RECOMMENDATION
## CONCERNING GUILTY PLEA

        Defendant, by consent, has appeared before the undersigned pursuant to Rule 11, Federal Rules of Criminal Procedure, and referral from a United States District Judge and has entered guilty pleas to discharging a firearm in furtherance of a crime of violence, brandishing a firearm in furtherance of a crime of violence, and conspiring to interfere with commerce by robbery, in violation of 18 U.S.C. §§ 924(c)91)(A), 924(c)(1)(A)(ii), and 1951(a).  Defendant is also charged with additional counts of interference with commerce by robbery (Counts 1, 3, 5, 7, 9 and 11) and discharging and/or brandishing a firearm in relation to a crime of violence, in violation of 18 U.S.C. §§ 1951 and 924(c)(1)(A).  Defendant understands that these charges will be dismissed upon acceptance of his guilty pleas, and the United States confirmed defendant's understanding.

        On December 27, 2007, defendant appeared before the Court for the purpose of entering his guilty pleas.  He was represented by appointed counsel, James Broccoletti, Esquire. Defendant was appropriate in appearance, responsive, and competently prepared for the hearing.  He answered all questions put to him in clear and concise language.  On those occasions when he had a question, defendant consulted with counsel

and then promptly answered. Defendant was courteous and appropriate in his behavior at all times and clearly understood the seriousness of his position. At the close of the proceeding, defendant was remanded to the custody of the United States Marshal, pending completion of a presentence report.

Defendant is twenty-two years of age, graduated from high school and attended one year of college, and speaks English as his native language. There was no evidence that defendant was on drugs, alcohol, or medication which might impair his judgment. He was cooperative throughout the proceeding.

Defendant entered his guilty pleas pursuant to a plea agreement. The Court is completely satisfied, based upon defendant's responses, that he fully appreciates his position. Furthermore, he acknowledged that the statement of facts prepared in anticipation of his pleas accurately reflects the government's evidence, in the event of trial.

After cautioning and examining defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the offenses charged are supported by independent facts, establishing each of the essential elements of such offense. Therefore, the Court recommends that the guilty pleas be accepted and that defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this report and recommendation within ten days from the date of its service shall bar an

aggrieved party from attacking such report and recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).

                                                              /s/
                                    **James E. Bradberry**
                                    **United States Magistrate Judge**

**Norfolk, Virginia**

**January 2, 2008**